JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 15-6099 RGK (GJSx)** | Date | January 11, 2016 |
|---|---|---|---|
| Title | *Arturo Solorzano v. City of Lynwood et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED.STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **ORDER CLARIFYING PRIOR ORDER TO DISMISS**

    On December 1, 2015, this Court issued two Orders dismissing Plaintiff's First Amended Complaint ("FAC") against all Defendants. One of the Orders stated, "Because the Court has dismissed Plaintiff's § 1983 claim, it also dismisses the pendant state law claims." (Order Dismissing FAC at 12, ECF No. 61.) This language has given rise to some confusion among the parties, prompting the Court to issue this clarification.

    The language recited above expresses this Court's decision to decline supplemental jurisdiction over the remaining state law claims after dismissing the federal claims. The Court did not reach the merits of the state law claims, and, therefore, the Order was not intended to constitute a dismissal of the state law claims on the merits. The Court, therefore, **REMANDS** the state law claims, having refused to exercise supplemental jurisdiction. Additionally, Plaintiff's Motion to Remand is **MOOT**.

    **IT IS SO ORDERED.**

                                                        : 

Initials of Preparer          slw